# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 10<br>3515 Prospect Avenue<br>Cleveland, Ohio 44115<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE CITY OF CLEVELAND, et al.<br><br>　　　　Defendants. | CASE NO. 1:07-CV-1024<br><br>JUDGE: SARA LIOI<br><br><br><br>**JOINT STIPULATION OF NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

Plaintiff, International Union of Operating Engineers, Local 10 and Defendants, City of Cleveland, et al, mutually agree to dismiss without prejudice pursuant to Fed. Civil Procedure Rule 41(a)(1).

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

/s/Jon M. Dileno　　　　　　　　　　　　　/s/Emily Smayda Kelly

_____　　_____
JON M. DILENO, ESQ.(0040836)　　　　　EMILY SMAYDA KELLY, ESQ. (0073243)
Zashin & Rich Co., L.P.A.　　　　　　　　WILLIAM FADEL, ESQ. (0027883)
55 Public Square, 4th Floor　　　　　　　Wuliger, Fadel & Beyer
Cleveland, Ohio 44113　　　　　　　　　1340 Sumner Court
216-696-4441(phone)　　　　　　　　　Cleveland, Ohio 44115
216-696-1618 (fax)　　　　　　　　　　(216) 781-7777 (phone)
　　　　　　　　　　　　　　　　　　　　(216) 781-0621 (fax)
　　　　　　　　　　　　　　　　　　　　esmayda@wfblaw.com

IT IS SO ORDERED

s/ Sara Lioi

UNITED STATES DISTRICT JUDGE

9/28/07